The Manhattan Life Insurance Company, Respondent, v. Rexway Construction Co., Inc., and Others, Defendants, and Jeannette Nathanson Meckenberg, Also Known as Jeannette Nathanson, and Others, Appellants.— Appeal from so much of an order as denies appellants' motion for summary judgment under rule 113, Rules of Civil Practice, in an action to foreclose an alleged chattel mortgage. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. Appellants' time to serve an amended answer, if so

advised, is extended until ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.